**United States Court of Appeals**

**FOR THE EIGHTH CIRCUIT**

_____

No. 97-3612EA

_____

| | | |
|---|---|---|
| In re: Grand Jury Subpoena, #2458 | * | Appeal from the United States |
| | * | District Court for the Eastern |
| | * | District of Arkansas. |
| | * | |
| | * | [UNPUBLISHED] |

_____

Submitted: March 12, 1998
Filed: March 23, 1998

_____

Before FAGG, ROSS, and BOWMAN, Circuit Judges.

_____

PER CURIAM.

This appeal has been submitted on the briefs. Having considered the record and the parties' submissions, we agree with the district court's analysis and conclude that no error of law appears in the district court's order. We thus affirm for the reasons stated in the district court's order without further discussion. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.